JAMES M. PETERSON (Bar No. 137837)
peterson@higgslaw.com
DEREK W. PARADIS (Bar No. 269556)
Paradisd@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West A Street, Suite 2600
San Diego, CA 92101-7910
Telephone: (619) 236-1551
Facsimile: (619) 696-1410

Attorneys for Defendant
O'REILLY AUTO ENTERPRISES, LLC

JASON LUNDBERG (Bar No. 248913)
jason@allegiancelaw.com
ALLEGIANCE LAW
871 Page Street, Ste. 5
San Francisco, CA 94117
Telephone: (415) 404-6395
Facsimile: (415) 738-2406

Attorneys for Plaintiff
EDILBERTO CORREA VILELA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDILBERTO CORREA VILELA,<br><br>    Plaintiff,<br><br>v.<br><br>O'REILLY AUTO ENTERPRISES LLC<br>AND DOES 1 - 50,<br><br>    Defendants. | Case No.: 3:22-cv-03209-JSC<br><br>**JOINT STIPULATION OF DISMISSAL [FRCP 41 (a)] AND ORDER OF DISMISSAL**<br><br>Judge: Jacqueline Scott Corley |

TO ALL PARTIES, THEIR COUNSEL OF RECORD, AND THE CLERK OF THE COURT:

The Parties to the above-entitled action hereby state that the Parties have reached an agreement to settle all claims.

Plaintiff Edilberto Correa Vilela, and Defendant O'Reilly Auto Enterprises LLC jointly stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own costs, expenses and fees.

Respectfully submitted,

Dated: December 12, 2022                    ALLEGIANCE LAW


                                            by   /s/  *Jason Lundberg*
                                            JASON LUNDBERG
                                            Attorneys for Plaintiff
                                            EDILBERTO CORREA VILELA


Dated: December 12, 2022                    HIGGS FLETCHER & MACK LLP


                                            by   /s/  *Derek W. Paradis*
                                            JAMES M. PETERSON
                                            DEREK W. PARADIS
                                            Attorneys for Plaintiff
                                            O'REILLY AUTO ENTERPRISES, LLC


### ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own costs, expenses and fees. The Clerk of the Court is directed to close the file.


Dated: December 12 , 2022          By: _____
                                        HON. JACQUELINE SCOTT CORLEY
                                        UNITED STATES DISTRICT JUDGE

JOINT STIPULATION OF DISMISSAL [FRCP 41 (a)] AND ORDER OF DISMISSAL